**In the Matter of William HOGAN, Debtor, William Hogan, Appellant, v. PRUDENTIAL INSURANCE COMPANY, OF AMERICA, a Corporation, and Hight State Bank, a Banking Corporation, Appellees.**

No. 6371.

Circuit Court of Appeals, Seventh Circuit.

March 10, 1938.

Charles G. Briggle, Jr., of Springfield, Ill., for appellant.

George E. Drach, of Springfield, Ill., and Wallace T. Filson of Danville, Ill., for appellees.

Before SPARKS and TREANOR, Circuit Judges.

PER CURIAM.
On motion of counsel for appellee Prudential Insurance Company of America, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

---

**Paul HORNE, Appellant, v. UNITED STATES of America, Appellee.**

No. 4272.

Circuit Court of Appeals, Fourth Circuit.

Jan. 5, 1938.

Harold D. Cooley, of Nashville, N. C., for appellant.

J. O. Carr, U. S. Atty., of Wilmington, N. C., Charles F. Rouse, Asst. U. S. Atty., of Kinston, N. C., and John H. Manning, Asst. U. S. Atty., of Raleigh, N. C.

PER CURIAM.
Judgment of District Court affirmed. Judgment filed.